FRED NOWLING, *Petitioner*, VS. STATE OF FLORIDA, *Defendant*.

143 So. 219.

En Banc.

Decision filed July 21, 1932.

*W. W. Flournoy*, for Petitioner;

*Cary D. Landis*, Attorney General, and *Roy Campbell*, Assistant, for Respondent.

PER CURIAM.—The judgment of the Circuit Court here on review on writ of certiorari should be quashed on authority of the opinion and judgment in the case of Willie Cooper vs. State of Florida, filed this day, and it is so ordered.

Judgment quashed.

BUFORD, C.J., AND WHITFIELD, ELLIS, TERRELL, BROWN, AND DAVIS, J.J., concur.